UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GAKM RESOURCES LLC and
GOLDTOEMORETZ, LLC,

               Plaintiffs,

-against-

JAYLYN SALES INC., DON KREISS,
HOSIERY CONCEPTS INC., TIMOTHY LEE,
SE-GYE YANG HAENG CO., LTD., and
DOES 1-30,

               Defendants.

Case No. 08 CV 6030

Rule 7.1 Statement

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for the Plaintiffs GAKM Resources LLC and GoldToeMoretz, LLC certifies on behalf of the corporate plaintiffs that neither has a parent corporation or shareholder of 10% or more of its stock that is a corporation which is publicly held.

Dated: New York, New York
       July 2, 2008

                             Respectfully submitted,
                             ALSTON & BIRD LLP

                             By: _____
                             Robert Hanlon (RH-8794)
                             Lara Holzman (LH-8355)
                             90 Park Avenue
                             New York, New York 10016
                             (212) 210-9400 (voice)
                             (212) 210-9444 (fax)
                             *Attorneys for Plaintiffs*
                             *GAKM Resources LLC and*
                             *GoldToeMoretz, LLC*