AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern   District of   New York

GAKM RESOURCES LLC and
GOLDTOEMORETZ, LLC,

V.

JAYLYN SALES INC., DON KREISS, HOSIERY
CONCEPTS INC., TIMOTHY LEE,
Se-Gye Yang Haeng Co., Ltd.,
and Does 1-30,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: JUDGE LYNCH

08 CV 6030

TO: (Name and address of Defendant)

Don Kreiss, President
Jaylyn Sales, Inc.
19 W. 34th Street
Room 905
New York, New York 10001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert E. Hanlon, Esq.
Alston & Bird LLP
90 Park Avenue
New York, New York 10016

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                              JUL 02 2008

CLERK                                                           DATE

(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                      Date                    *Signature of Server*

                                                  _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAKM RESOURCES LLC and<br>GOLDTOEMORETZ, LLC,<br><br>                            **Plaintiffs,**<br>  -against-<br><br>JAYLYN SALES INC., DON KREISS,<br>HOSIERY CONCEPTS INC., TIMOTHY LEE,<br>SE-GYE YANG HAENG CO., LTD., and<br>DOES 1-30,<br><br>                           **Defendants.** | Case No. 08 CV<br><br>CERTIFICATE OF SERVICE |

I hereby certify that I caused to be served true and correct copies of the Summons and Complaint on Defendant Don Kreiss by sending via Messenger as consented to by defendants counsel to the address listed below:

Scott Thompson, Esq.
Greenberg Traurig
Met Life Bldg.
200 Park Avenue
New York, New York 10166

*Attys for Jaylyn Sales Inc. and Don Kreiss*

This 7th day of July 2008

ALSTON & BIRD LLP

By: _____
Robert E. Hanlon
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Attorneys for Plaintiffs*

LEGAL02/30877245v1