AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

GAKM RESOURCES LLC and
GOLDTOEMORETZ, LLC,

**SUMMONS IN A CIVIL ACTION**

V.

JAYLYN SALES INC., DON KREISS, HOSIERY CONCEPTS INC., TIMOTHY LEE, Se-Gye Yang Haeng Co., Ltd., and Does 1-30,

CASE NUMBER: JUDGE LYNCH

**08 CV 6030**

TO: (Name and address of Defendant)

Hosiery Concepts, Inc.
10 W. 33rd Street
Suite 715
New York, New York 10001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert E. Hanlon, Esq.
Alston & Bird LLP
90 Park Avenue
New York, New York 10016

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              JUL 0 2 2008

CLERK                                            DATE

(By) DEPUTY CLERK

⚐AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                 *Signature of Server*

                                       _____
                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAKM RESOURCES LLC and GOLDTOEMORETZ, LLC,<br><br>                      Plaintiffs,<br>  -against-<br><br>JAYLYN SALES INC., DON KREISS, HOSIERY CONCEPTS INC., TIMOTHY LEE, SE-GYE YANG HAENG CO., LTD., and DOES 1-30,<br><br>                      Defendants. | Case No. 08 CV<br><br>CERTIFICATE OF SERVICE |

      I hereby certify that I caused to be served true and correct copies on Defendant Hosiery Concepts Inc., of the following:

Summons and Complaint; Rule 7.1 Statement; Order to Show Cause for Preliminary Injunction; Memorandum of Law with Supporting Declarations; Preliminary Injunction Order on Consent; Plaintiffs' First Set of Requests for Production and First Set of Interrogatories, as consented to by Timothy Lee, President of Hosiery Concepts Inc. by sending via UPS Next Day Air, to the address listed below:

Timothy Lee
46 Bruckner Blvd.
Bronx, New York 10454


      This 8th day of July 2008

                                        ALSTON & BIRD LLP

                               By: _____
                                    Robert E. Hanlon
                                    90 Park Avenue
                                    New York, New York 10016
                                    Telephone: (212) 210-9400
                                    Facsimile: (212) 210-9444

                                    *Attorneys for Plaintiffs*