AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

GAKM RESOURCES LLC and
GOLDTOEMORETZ, LLC,

V.

JAYLYN SALES INC., DON KREISS, HOSIERY
CONCEPTS INC., TIMOTHY LEE,
Se-Gye Yang Haeng Co., Ltd., and
Does 1-30,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **JUDGE LYNCH**

**08 CV 6030**

TO: (Name and address of Defendant)

Se-Gye Yang Haeng Co. Ltd.
75-9 Garak Dong
Songpa-Ku
Seoul, Korea

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert E. Hanlon, Esq.
Alston & Bird LLP
90 Park Avenue
New York, New York 10016

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 0 2 2008

CLERK                                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                   *Signature of Server*

                                        _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAKM RESOURCES LLC and GOLDTOEMORETZ, LLC,<br><br>　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>JAYLYN SALES INC., DON KREISS, HOSIERY CONCEPTS INC., TIMOTHY LEE, SE-GYE YANG HAENG CO., LTD., and DOES 1-30,<br><br>　　　　　　　　Defendants. | Case No. 08 CV<br><br>CERTIFICATE OF SERVICE |

　　　I hereby certify that I caused to be served on Defendant Se-Gye Yang Haeng., Ltd., true and correct copies of the following:

Summons and Complaint; Rule 7.1 Statement; Order to Show Cause for Preliminary Injunction; Memorandum of Law with Supporting Declarations; Preliminary Injunction Order on Consent; Plaintiffs' First Set of Requests for Production and First Set of Interrogatories, as ordered by the Court, by sending via UPS/Worldwide Express to the address listed below:

Se-Gye Yang Haeng Co. Ltd.
75-9 Garak Dong
Songpa-Ku
Seoul, Korea


　　　This 8th day of July 2008

　　　　　　　　　　　　　　　　　　ALSTON & BIRD LLP

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Robert E. Hanlon
　　　　　　　　　　　　　　　　　　90 Park Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　Telephone: (212) 210-9400
　　　　　　　　　　　　　　　　　　Facsimile: (212) 210-9444

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*