AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

GAKM RESOURCES LLC and
GOLDTOEMORETZ, LLC,

**SUMMONS IN A CIVIL ACTION**

V.

JAYLYN SALES INC., DON KREISS, HOSIERY
CONCEPTS INC., TIMOTHY LEE,
Se-Gye Yang Haeng Co., Ltd.,
and Does 1-30,

CASE NUMBER: **JUDGE LYNCH**

**08 CV 6030**

TO: (Name and address of Defendant)

Timothy Lee, President
Hosiery Concepts, Inc.
10 W. 33rd Street
Suite 715
New York, New York 10001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert E. Hanlon, Esq.
Alston & Bird LLP
90 Park Avenue
New York, New York 10016

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 0 2 2008

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date    *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GAKM RESOURCES LLC and
GOLDTOEMORETZ, LLC,

                  Plaintiffs,

-against-

JAYLYN SALES INC., DON KREISS,
HOSIERY CONCEPTS INC., TIMOTHY LEE,
SE-GYE YANG HAENG CO., LTD., and
DOES 1-30,

                  Defendants.

Case No. 08 CV

CERTIFICATE OF SERVICE

---

I hereby certify that I caused to be served true and correct copies on Defendant Timothy Lee, of the following:

Summons and Complaint; Rule 7.1 Statement; Order to Show Cause for Preliminary Injunction; Memorandum of Law with Supporting Declarations; Preliminary Injunction Order on Consent; Plaintiffs' First Set of Requests for Production and First Set of Interrogatories, as consented to by Timothy Lee, by sending via UPS Next Day Air, to the address listed below:

Timothy Lee
46 Bruckner Blvd.
Bronx, New York 10454

This 8th day of July 2008

                  ALSTON & BIRD LLP

              By: _____
                  Robert E. Hanlon
                  90 Park Avenue
                  New York, New York 10016
                  Telephone: (212) 210-9400
                  Facsimile: (212) 210-9444

                  *Attorneys for Plaintiffs*