SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SCANNED

GAKM Resources LLC and
GOLDTOEMORETZ, LLC,

      Plaintiffs,        08-CV 6060

  - against –          **MOTION TO ADMIT COUNSEL**

JAYLYN SALES INC., TIMOTHY LEE,
SE-GYE YANG HAENG CO., LTD., and
DOES 1-30,
      Defendants.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert E. Hanlon, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Larry C. Jones |
| Firm Name: | Alston & Bird LLP |
| Address: | Bank of America Plaza, 101 South Tryon Street, Suite 4000 |
| City/State/Zip: | Charlotte, North Carolina 28280-4000 |
| Phone Number: | (704) 444-1019 |
| Fax Number: | (704) 444-1111 |

Larry C. Jones is a member in good standing of the Bar of the State of North Carolina.

There are no pending disciplinary proceedings against Larry C. Jones in any State or Federal court.

Dated: July 14, 2008

City, State: New York, NY

    Respectfully Submitted,

    _____
    Robert E. Hanlon

| | |
|---|---|
| Sponsor's SDNY Bar | RH 8794 |
| Firm Name: | Alston & Bird LLP |
| Address: | 90 Park Avenue |
| City/State/Zip: | New York, NY 10016 |
| Phone Number: | (212) 210-9410 |
| Fax Number: | (212) 210-9444 |

SDNY Form Web 10/2006

LEGAL02/30878317v1

SDNY (Rev. 10/2006) Pro Hac Vice Sample Affidavit

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

GAKM Resources LLC and
GOLDTOEMORETZ, LLC,

                Plaintiffs,

- against –

JAYLYN SALES INC., TIMOTHY LEE,
SE-GYE YANG HAENG CO., LTD., and
DOES 1-30,
                Defendants.

08-CV 6060

**AFFIDAVIT OF
ROBERT E. HANLON
IN SUPPORT OF MOTION TO
ADMIT COUNSEL PRO HAC VICE**

State of New York    )
                          ) ss:
County of New York  )

Robert E. Hanlon, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Alston & Bird LLP, counsel for plaintiffs GAKM Resources LLC and GOLDTOEMORETZ, LLC, in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiffs' motion to admit Larry Jones as counsel pro hac vice to represent plaintiffs GAKM Resources LLC and GOLDTOEMORETZ, LLC in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January 30, 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Larry C. Jones since 2004.

4. Mr. Jones is a partner at Alston & Bird LLP, in Charlotte, North Carolina.

5. I have found Mr. Jones to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Larry C. Jones, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Larry C. Jones, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Larry C. Jones, pro hac vice, to represent the plaintiffs GAKM Resources LLC and GOLDTOEMORETZ, LLC in the above captioned matter, be granted.

Dated: July 14, 2008
City, State: New York, NY
Notarized:
    YOLANDA SANCHEZ
  Notary Public, State of New York
      No. 01SA6157467
    Qualified in Bronx County
Commission Expires Dec. 11, 2010

Respectfully submitted,

Name of Movant: Robert E. Hanlon
SDNY Bar Code: RH 8794

SDNY Form Web 10/2006

LEGAL02/30878317v1

SDNY (Rev 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

GAKM Resources LLC and
GOLDTOEMORETZ, LLC,

                  Plaintiffs,                                08-CV 6060

        - against –

JAYLYN SALES INC., TIMOTHY LEE,       **ORDER FOR ADMISSION**
SE-GYE YANG HAENG CO., LTD., and        **PRO HAC VICE ON WRITTEN CONSENT**
DOES 1-30,
                  Defendants.

Upon the motion of Robert E. Hanlon attorney for plaintiffs, GAKM Resources LLC and GOLDTOEMORETZ, LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Larry C. Jones |
| Firm Name: | Alston & Bird LLP |
| Address: | Bank of America Plaza, 101 South Tryon Street, Suite 4000 |
| City/State/Zip: | Charlotte, North Carolina 28280-4000 |
| Phone Number: | (704) 444-1019 |
| Fax Number: | (704) 444-1111 |
| Email Address: | larry.jones@alston.com |

is admitted to practice pro hac vice as counsel for plaintiffs GAKM Resources LLC and GOLDTOEMORETZ, LLC, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                  United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $       SDNY RECEIPT#

SDNY Form Web 10/2006

LEGAL02/30878317v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAKM RESOURCES LLC and
GOLDTOEMORETZ, LLC,

                            Plaintiffs,

-against-

JAYLYN SALES INC., DON KREISS,
HOSIERY CONCEPTS INC., TIMOTHY LEE,
SE-GYE YANG HAENG CO., LTD., and
DOES 1-30,

                            Defendants.

Case No. 08 CV

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF NEW YORK )

Annette Lee Cocalas, being duly sworn, deposes and says that she is not a party to this action; that she is over the age of 18; that she resides in Rockland County, New York; and that she did on the 17th day of July, 2008, serve the annexed Pro Hac Vice Motion to admit Larry C. Jones, along with the Affidavit of Robert E. Hanlon in Support of the Motion, and a Certificate of Good Standing and Proposed Order Granting Admission by mailing a copy of the same in a postage-paid envelope, addressed as follows:

Scott Thompson, Esq.
Greenberg Traurig
Met Life Bldg.
200 Park Avenue
New York, New York 10166

Timothy Lee
46 Bruckner Blvd.
Bronx, New York 10454

Se-Gye Yang Haeng Co. Ltd.
75-9 Garak Dong
Songpa-Ku
Seoul, Korea
134-842
KR

Hosiery Concepts Inc.
c/o Timothy Lee
46 Bruckner Blvd.
Bronx, New York 10454

*Annette Lee Cocalas*

Sworn to before me this
17th day of July, 2008

_____
Notary Public

YOLANDA SANCHEZ
Notary Public, State of New York
No. 01SA6157467
Qualified in Bronx County
Commission Expires Dec. 11, 2010

LEGAL02/30884063v1