SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

GAKM Resources LLC and
GOLDTOEMORETZ, LLC,

                Plaintiffs,

- against –

JAYLYN SALES INC., TIMOTHY LEE,
SE-GYE YANG HAENG CO., LTD., and
DOES 1-30,

                Defendants.



08-CV 6060 (GEL)
6030

**ORDER FOR ADMISSION
PRO HAC VICE ON WRITTEN CONSENT**

Upon the motion of Robert E. Hanlon attorney for plaintiffs, GAKM Resources LLC and GOLDTOEMORETZ, LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Larry C. Jones |
| Firm Name: | Alston & Bird LLP |
| Address: | Bank of America Plaza, 101 South Tryon Street, Suite 4000 |
| City/State/Zip: | Charlotte, North Carolina 28280-4000 |
| Phone Number: | (704) 444-1019 |
| Fax Number: | (704) 444-1111 |
| Email Address: | larry.jones@alston.com |

is admitted to practice pro hac vice as counsel for plaintiffs GAKM Resources LLC and GOLDTOEMORETZ, LLC, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 23, 2008
City, State: New York, NY

                                                    United States District/Magistrate Judge

MICROFILMED JUL 2 4 2008 –12 00 PM

FOR OFFICE USE ONLY: FEE PAID $      SDNY RECEIPT#

SDNY Form Web 10/2006

LEGAL02/30878317v1