Lynch, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
GAKM RESOURCES LLC and )
GOLDTOEMORETZ, LLC, )
 )
        Plaintiffs, )
 )
vs. )  Case No. 1:08 CV 06030 (GEL)
 )
JAYLYN SALES INC., DON KREISS, )  SECOND STIPULATION TO
HOSIERY CONCEPTS INC., )  EXTEND TIME TO ANSWER
TIMOTHY LEE, )  COMPLAINT OR
SE-GYE YANG HAENG CO., LTD., and )  OTHERWISE RESPOND
DOES 1-30, )
 )
        Defendants. )
------------------------------------------------x

    Plaintiff GAKM Resources LLC and GoldToeMoretz, LLC ("Plaintiffs") and Defendants Jaylyn Sales Inc. and Don Kreiss ("Defendants"), by and through their respective attorneys, hereby stipulate and agree as follows:

    1.    On July 2, 2008, Plaintiffs filed their Complaint against Defendants in the Southern District of New York.

    2.    On July 7, 2008, Plaintiffs served their summons on Defendants' attorneys who accepted service on behalf of Defendants.

    3.    Pursuant to the parties' prior stipulation, Defendants' answer to Plaintiffs' Complaint presently must be filed and served on or before July 31, 2008.

    4.    Defendants shall have an extension of time to and including August 29, 2008, within which to answer or otherwise respond to the Complaint filed by Plaintiffs.

This extension is not being sought to delay or for any other improper purpose, and such extension shall not affect any of the other deadlines in the case.

Respectfully submitted,

Dated: July 31, 2008        By: _____
GREENBERG TRAURIG, LLP
Scott E. Thompson (ST 7889)
James H. Donoian (JD 9052)
Masahiro Noda (MN 0213)
200 Park Avenue
New York, New York 10166
(212) 801-9200

*Attorneys for Defendants*
*Jaylyn Sales Inc. and Don Kreiss*

By: _____
ALSTON & BIRD LLP
Robert E. Hanlon (RH 8794)
Lara A. Holzman (LH 8355)
90 Park Avenue
New York, New York 10016
(212) 210-9400

And

Larry C. Jones
101 S. Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
(704) 444-1019

*Attorney for Plaintiffs*
*GAKM Resources LLC and*
*GoldToeMoretz, LLC*

**SO ORDERED:**
Dated: Aug. 1, 2008        _____
United States District Judge