UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAKM RESOURCES LLC and GOLDTOEMORETZ, LLC<br><br>Plaintiffs,<br><br>v.<br><br>JAYLYN SALES INC., DON KREISS, HOSIERY CONCEPTS INC., TIMOTHY LEE, SE-GYE YANG HAENG CO., LTD., and DOES 1-30<br><br>Defendants. | Civil Action No. 08 CV 6030 (GEL)<br><br><br><br>RULE 7.1 DISCLOSURE STATEMENT |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for the Defendant, Jaylyn Sales, Inc., certifies on behalf of the corporate defendant that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

GREENBERG TRAURIG, LLP

Dated: August 29, 2008    By:    /s/ Masahiro Noda
Scott E. Thompson (ST 7889)
James H. Donoian (JD 9052)
Masahiro Noda (MN 0213)
200 Park Avenue
New York, New York 10166
(212) 801-9200

*Attorneys for Defendant*
*Jaylyn Sales Inc.*

NY 239,113,781v1 8-29-08