UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
GAKM RESOURCES LLC, et al.,                                  :
:
                      Plaintiffs,       :   08 Civ. 6030 (GEL)
:
    -v-                                                      :   **ORDER**
:
JAYLYN SALES INC., et al.,                                   :
:
                      Defendants.      :
:
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/09

GERARD E. LYNCH, District Judge:

      Having carefully reviewed the well-reasoned Report and Recommendation ("R&R") of United States Magistrate Judge Theodore H. Katz, dated May 21, 2009, and having received no objections from any party, it is hereby ORDERED:

1.    The Report and Recommendation is hereby adopted as the opinion of the Court.

2.    Default judgment shall be entered against defendants Timothy Lee and Hosiery Concepts in the amount of $66,384.00. Defendants Timothy Lee and Hosiery concepts shall also be jointly and severally liable for attorney's fees in the amount of $58,874.20 and costs in the amount of $3,100.64.

3.    Default judgment shall be entered against defendant Se-Gye in the amount of $188,460.00. Defendant Se-Gye shall also be liable for attorney's fees in the amount of $29,437.10 and costs in the amount of $1,550.32.

SO ORDERED.

Dated: New York, New York
       July 20, 2009

                                                               _____
                                                               GERARD E. LYNCH
                                                               United States District Judge